UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 20-CR-170

MICHAEL M. KARMO and
CODY E. SMITH,

Defendants.

## DECLARATION OF MARGARET B. HONRATH

I, Margaret B. Honrath, declare the following:

1. I am one of the Assistant United States Attorneys assigned to handle the prosecution of the above-entitled matter.

2. This declaration is submitted in support of the government's motion for an order and judgment of forfeiture.

3. On December 4, 2020, this Court issued an order forfeiting the interest of Cody E. Smith in the property items described in the forfeiture notice of the Indictment filed on September 15, 2020. R. 45.

4. On August 3, 2022, this Court issued an order forfeiting the interest of Michael M. Karmo in the property items described in the forfeiture notice of the Indictment filed on September 15, 2020. R. 85.

4. On February 25, 2021, the government filed a notice of forfeiture with respect to the property named in this Court's December 4, 2020, forfeiture order, and caused this notice to be

posted on an official government internet site for at least 30 consecutive days, beginning on February 26, 2021, and ending on March 27, 2021, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). Copies of the Declaration of Publication, Notice of Forfeiture, and Advertisement Certification Report evidencing notice of the forfeiture action are attached hereto as Exhibit A.

5.      Pursuant to 21 U.S.C. § 853(n)(1), written notice of forfeiture was also mailed to all parties of record who might have a claim or interest in the properties covered by this Court's December 4, 2020, and August 3, 2022 forfeiture orders.

6.      Pursuant to 21 U.S.C. § 853(n)(2), interested parties must assert a claim for the forfeited property within 30 days of the final publication of notice or receipt of the notice, whichever is earlier. To date, no claims have been filed in response to the February 25, 2021, notice of forfeiture, and the time to respond has expired.

7.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of February, 2023.

By:     *s/Margaret B. Honrath*
        MARGARET B. HONRATH
        Assistant United States Attorney
        Bar Number: 6296758
        Attorney for Plaintiff
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 East Wisconsin Avenue, Room 530
        Milwaukee, WI 53202
        Telephone: (414) 297-1700
        Fax: (414) 297-1738
        E-Mail: margaret.honrath@usdoj.gov
