IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
      v.                       )          20-CR-170
                               )
Michael Karmo & Cody E. Smith  )
                               )
            Defendant.         )


## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 26, 2021 and ending on March 27, 2021. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 10, 2023 at Milwaukee, WI.

*s/ Nicole Vida*
_____
Nicole Vida
Financial Litigation Agent

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# COURT CASE NUMBER: 20-CR-170; NOTICE OF FORFEITURE

Notice is hereby given that on December 04, 2020, in the case of <u>U.S. v. Michael Karmo & Cody E. Smith</u>, Court Case Number 20-CR-170, the United States District Court for the Eastern District of Wisconsin entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous firearms and accessories seized from a 2019 Toyota Highlander (VIN 5TDZZRFH4KS361018) registered to Raad Karmo in possession of Michael Karmo and Cody Smith (20-FBI-006727), including the following items: 1 Black EP Armory AR-15, with muzzle device and optic, Ser No: none; 1 Mossberg 500 AB 12-gauge shotgun, Ser No: C86982; 1 Taurus PT92AF 9mm handgun, Ser No: TIA60420; 4 30-round 5.56x45 caliber rifle magazines containing various ammunition, Ser No: none; 2 15-round, 9mm handgun magazines, Ser No: none; 1 Black Ruger case, Ser No: none; 2 17-round, 9mm pistol magazines, Ser No: none; 37 9mm rounds, Ser No: none; 5 12-gauge shotgun shells, Ser No: none; 1 9mm magazine, partially loaded, Ser No: none; 1 homemade silencer, Ser No: none which was seized from Michael Karmo and Cody E. Smith on September 01, 2020 at 7540 118th Ave, located in Pleasant Prairie, WI

Miscellaneous firearms and accessories (20-FBI-006731), including the following items: 1 Ruger 9mm Luger Handgun with magazine, Ser No: 336-16364; 10 9mm rounds from Ruger 9mm Luger handgun, Ser No: none; 1 Remington 9mm Luger FMJ 115 grain box with 67 rounds, Ser No: none; 131 12-gauge shotgun shells which was seized from Michael Karmo and Cody E. Smith on September 01, 2020 at 7540 118th Ave Rm 148, located in Pleasant Prairie, WI

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (February 26, 2021) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 517 East Wisconsin Avenue, 3rd Floor, Milwaukee, WI 53202, and a copy served upon Assistant United States Attorney Margaret Honrath, #530 Federal Building, 517 East Wisconsin Avenue, Milwaukee, WI 53202. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions

are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Margaret Honrath, #530 Federal Building, 517 East Wisconsin Avenue, Milwaukee, WI  53202.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 26, 2021 and March 27, 2021.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Michael Karmo & Cody E. Smith

**Court Case No:** 20-CR-170
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/26/2021 | 23.8 | Verified |
| 2 | 02/27/2021 | 23.8 | Verified |
| 3 | 02/28/2021 | 23.7 | Verified |
| 4 | 03/01/2021 | 24.0 | Verified |
| 5 | 03/02/2021 | 23.9 | Verified |
| 6 | 03/03/2021 | 23.9 | Verified |
| 7 | 03/04/2021 | 23.9 | Verified |
| 8 | 03/05/2021 | 23.9 | Verified |
| 9 | 03/06/2021 | 23.9 | Verified |
| 10 | 03/07/2021 | 23.8 | Verified |
| 11 | 03/08/2021 | 24.0 | Verified |
| 12 | 03/09/2021 | 24.0 | Verified |
| 13 | 03/10/2021 | 23.9 | Verified |
| 14 | 03/11/2021 | 23.9 | Verified |
| 15 | 03/12/2021 | 23.9 | Verified |
| 16 | 03/13/2021 | 23.9 | Verified |
| 17 | 03/14/2021 | 23.9 | Verified |
| 18 | 03/15/2021 | 23.9 | Verified |
| 19 | 03/16/2021 | 23.9 | Verified |
| 20 | 03/17/2021 | 23.8 | Verified |
| 21 | 03/18/2021 | 23.8 | Verified |
| 22 | 03/19/2021 | 24.0 | Verified |
| 23 | 03/20/2021 | 23.9 | Verified |
| 24 | 03/21/2021 | 23.9 | Verified |
| 25 | 03/22/2021 | 23.9 | Verified |
| 26 | 03/23/2021 | 23.9 | Verified |
| 27 | 03/24/2021 | 23.9 | Verified |
| 28 | 03/25/2021 | 23.9 | Verified |
| 29 | 03/26/2021 | 23.9 | Verified |
| 30 | 03/27/2021 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.